UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAMEN MOVING & STORAGE, LLC<br>PLAINTIFF<br><br>v.<br><br>MEGA MAN MOVING LLC and<br>ANTHONY COVIELLO<br>DEFENDANTS | CIVIL ACTION NO. 1:24-cv-1080-RGS |

MOTION TO SET ASIDE JUDGMENT

Defendant Anthony Valentine respectfully moves this Honorable Court to set aside the default judgment entered against him in the above-captioned matter pursuant to Federal Rule of Civil Procedure 55(c) and 60(b). The default judgment was entered due to Defendant's failure to timely respond to the complaint. However, this failure was not the result of willful neglect but rather excusable neglect stemming from Defendant's lack of legal knowledge and his good faith efforts to resolve the dispute with the Plaintiff outside of formal litigation. Defendant contends that he has a meritorious defense to the claims asserted against him, and that setting aside the default judgment will not prejudice the Plaintiff. For the reasons outlined in the Attached Memorandum of Law, Defendant respectfully requests that the Court grant this motion.

Date: August 8, 2024

Respectfully Submitted,

_____

Marcus L. Scott, Esq. BBO# 692433
Attorney for Defendant
Scott Law Group
200 Sutton Street, ste 224
North Andover, Ma 01845
Phone: (978) 269 -0505 Ext. 115
Email: Marcus@scottlawgrp.com

## CERTIFICATE OF SERVICE

I, Marcus L. Scott, hereby certify that on August 8th 2024, I served a copy of the forgoing on all parties to this action by emailing the same to:

Widmaier M. Charles, Esq. and Benjamin Wish, Esq.
Todd & Weld LLP
One Federal Street, Boston, MA  02110
Email: Wish, Benjamin bwish@toddweld.com
Email: Charles, Widmaier wcharles@toddweld.com